AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California


FILED
FEB 2 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
) Case No. 1:17-po-00035 SAB
GWENDOLYN W WILLIAMS )
)

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: US District Court, 2500 Tulare St. Fresno, CA
    *Place*
    6th floor, Courtroom 9, before Magistrate Judge Boone
    on ~~April 8,~~ April 6, 2017 at 10:00 a.m.
    *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2-2-2017          X _Gwendolyn W. Williams_
                          *Defendant's signature*

Date: 2/2/2017          _____
                          *Judicial Officer's Signature*
                          STANLEY A. BOONE
                          *Printed name and title*
                          U.S. Magistrate Judge