HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
GWENDOLYN W. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00035 SAB |
| *Plaintiff*, | STIPULATION TO CLOSE CASE; ORDER |
| vs. | Hon. Stanley A. Boone |
| GWENDOLYN W. WILLIAMS, | |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Gwendolyn W. Williams, that this case shall be closed.

Gwendolyn W. Williams has paid her citation fine and there is no future court date. Based on this information, all parties request this matter be closed.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: September 8, 2017                    */s/ Darin Rock*
                                           DARIN ROCK
                                           Special Assistant United States Attorney
                                           Attorney for Plaintiff


                                           HEATHER E. WILLIAMS
                                           Federal Defender

Date: September 8, 2017                    */s/ Andrew Wong*
                                           ANDREW WONG
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           GWENDOLYN W. WILLIAMS


## **O R D E R**

**IT IS SO ORDERED.** Defendant Gwendolyn W. Williams' case is ordered closed.

IT IS SO ORDERED.

Dated:  **September 8, 2017**

_____
UNITED STATES MAGISTRATE JUDGE